NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


A.M.P.,                               )
                                       )
        Appellant,           )
                                       )
v.                                 )     Case No.  2D18-22
                                       )
STATE OF FLORIDA,        )
                                       )
        Appellee.            )
_____)


Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michael J. Scionti,
Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.